IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROSA JACKSON,                                          *

            Plaintiff,                           *

v.                                                            Case No. 5:25-cv-549 (MTT)

                              *

WALMART STORES EAST, LP, et al,

                              *

            Defendants.

_____      *


**J U D G M E N T**

Pursuant to this Court's Order dated June 28, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

   This 1st day of July, 2026.

                          David W. Bunt, Clerk


                          s/ Raven K. Alston, Deputy Clerk